IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MAURICE M. O'NEAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 315-070 |
| | ) | (Formerly CR 311-006) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner notified the Court of his change of address by a letter dated December 23, 2015, which was not received by the Clerk of Court until January 8, 2016. (Doc. no. 6.) The Court recommended denying Petitioner's motion filed pursuant to 28 U.S.C. § 2255 on December 15, 2015, and ordered objections to be filed by January 4, 2016. To ensure Petitioner has received the recommendation and has an opportunity to file any objections he may have, the Court **DIRECTS** the **CLERK** to mail a copy of the Court's December 15th rulings to Petitioner at his new address. (Doc. nos. 4, 5.) The Court also extends the deadline for filing objections to the December 15th Report and Recommendation to January 25, 2016.

SO ORDERED this 8th day of January, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA